FILE COPY



**BRIAN QUINN**
Chief Justice

**JUDY C. PARKER**
Justice

**LAWRENCE M. DOSS**
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**BOBBY RAMIREZ**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 31, 2022

Paul Irwin
Potter County Detention Center ID
#120337
13100 North East 29th Avenue
Amarillo, TX 79111

Randall C. Sims
District Attorney
501 South Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:** Case Number:  07-22-00243-CR, 07-22-00244-CR, 07-22-00245-CR,
07-22-00246-CR

**Style:** Ex parte Paul Irwin

Dear Mr. Irwin and Mr. Sims:

The Court this day issued an opinion and judgment in the referenced causes. *See* TEX. R. APP. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk